_____

No. 95-3635

_____

Herbert E. Bundy,                          *
                                           *
          Appellant,                       *
                                           *  Appeal from the United States
     v.                                    *  District Court for the
                                           *  Southern District of Iowa.
Department of Housing and Urban            *
Development; Teresa Taylor,                 *          [UNPUBLISHED]
                                           *
          Appellees.                       *


_____

                Submitted:  June 28, 1996

                  Filed:  July 1, 1996
                     _____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
                     _____

PER CURIAM.


     Herbert E. Bundy appeals the adverse grant of summary judgment by the
District Court[1] in favor of Teresa Taylor.  Having reviewed the record and
the parties' briefs, we conclude the judgment of the District Court was
correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.  We grant the
Department of Housing and Urban Development's motion to dismiss, as Bundy's
claims against HUD are the subject of another appeal.

_____

     [1]The Honorable Harold D. Vietor, United States District Judge
for the Southern District of Iowa.

A true copy.

Attest:

   CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.